# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | JEFFREY WHITE |
| **Case Number:** | 2:09-BK-06962-RTB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JUNE 11, 2009 09:00 AM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | LORRAINE DAVIS |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS |

## Matter:

DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY

**R / M #:**   42 / 0

## Appearances:

JEFFREY WHITE, DEBTOR
LEONARD McDONALD, ATTY PROPERTY ASSET MANAGEMENT

## Proceedings:

Mr. White argues in support of the motion to extend the stay and discusses the details with the court.

Mr. McDonald responds in opposition. The trustee sale was conducted in 2007 and he has obtained a judgment for the forcible entry and detainer. This is not property of the estate and the debtor does not own the property. He notes he filed a stay lift motion and no objections have been filed. He has filed a certificate of service & no objection and lodged an order.

Mr. White did file a response. The court provides the debtor with information regarding the Self Help Center and Lawyer Referral Program and urges Mr. White to seek legal counsel.

COURT:  IT IS ORDERED taking this matter under advisement.


cc:  Gloria/Jim
     Under Advisement