

**FILED**

JUN 1 6 2009

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

MINUTE ENTRY/ORDER

FOR MATTER TAKEN UNDER ADVISEMENT

| | |
|---|---|
| Bankruptcy Judge: | Hon. Redfield T. Baum |
| Case Name: | Jeffrey White, Chapter 13 |
| Case No.: | 2:09-bk-06962-RTB |
| Subject of Hearing: | Debtor's Motion To Extend Automatic Stay |
| Date Matter Taken Under Advisement: | June 11, 2009 |
| Date Ruled Upon: | June 16, 2009 |

Pending before the court is the Debtor's motion to extend the automatic stay and the creditor's motion for relief from the stay, if applicable. For the reasons set forth below, the motion for relief from the stay is granted and the motion to extend the stay is denied.

There is a long history here which the court will not restate. On November 26, 2007, movant completed a trustee's sale on the residence at issue here and recorded a trustee's deed. To date, the debtor and apparently others have continued to reside in that residence notwithstanding the deed, by filing multiple bankruptcy cases, this case being the most recent. Stay relief is sought on the grounds that this debtor and the bankruptcy estate have no interest in the residence other than mere possession. Debtor seeks to extend or keep the automatic stay in place to pursue his claim that the trustee's sale should be declared invalid. The debtor admits

that notwithstanding continued possession no payments have been made regarding the home in the last two calendar years. Simply put, the creditor has title to the residence and the debtor has a claim challenging that title. Under these facts, such claim is insufficient to keep/extend the automatic stay in effect. The debtor has the right to seek a temporary restraining order and/or preliminary injunction to continue possession pending resolution of his claim. Using the bankruptcy system by filing multiple cases is not an appropriate substitute for such a remedy.

Therefore, the motion for stay relief is granted and the motion to extend the stay is denied. Mr. McDonald shall serve and lodge an appropriate order.

Copy of the foregoing
mailed this /6 day of
June, 2009 to:

Leonard J. McDonald
TIFFANY & BOSCO
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016

Jeffrey White
17222 East Palmer Way
Fountain Hills, Arizona 85268

by _____
Judicial Assistant