
**FILED**

AUG 0 6 2009

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
### MINUTE ENTRY/ORDER
### FOR MATTER TAKEN UNDER ADVISEMENT

| | |
|---|---|
| Bankruptcy Judge: | Hon. Redfield T. Baum |
| Case Name: | Jeffrey White          Chapter 13 |
| Case No.: | 2:09-bk-06962-RTB |
| Subject of Matter: | Debtor's Motion for Preliminary Injunction |
| Date Matter Taken Under Advisement: | August 4, 2009 |
| Date Ruled Upon: | August 6, 2009 |

Pending before the court is the debtor's motion for a preliminary injunction. In response to the court's question, the debtor stated that there was a pending adversary proceeding, namely 08-ap-30-RJH. That adversary proceeding was dismissed and closed in November 2008.

To obtain a preliminary injunction, one must establish, among other points, a probability of success on the merits. Here apparently there is not even an action pending which would allow one to even assert a probability of success on the merits. Therefore, the motion is denied. The court again urges the debtor to obtain legal advise regarding his rights and duties.

Copy mailed   8-6-09   to:

Jeffrey White
17222 E. Palmer Way
Fountain Hills, AZ 85268

Mark Bosco
Tiffany & Bosco P.A.
2525 E. Camelback Road Suite 300
Phoenix, AZ 85016

By: _____ for
    Judicial Assistant

08/07/2009