Name: Jeffrey White
Address: 17222 E. Palmer Way Fountain Hills AZ 85268
Phone: 480.720.9082

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

FILED 2009 OCT -2 PM 1:28
CLERK U.S. BANKRUPTCY DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter **13** |
| **Jeffrey White** | |
| | Case No. **2- 09-bk-06962-RTB** |
| Debtor(s) | |

# Motion For Reinstatement

**Debtor(s) respectfully object to Trustee's Dismissal Order and request to set this matter for a hearing.**

Debtor(s) believed they filed all appropriate documents and were not aware of said missing documents until notice from Trustee Maney's status letter. Debtor(s) have filed **2004**, **2005**, and **2006** Federal and State tax returns.

Debtor(s) are arranging a meeting with Defendant JP Morgan Chase Bank, in an attempt to reach a settlement. Additionally, Debtors have been in consultation with Neighborhood Assistance Corporation of America "NACA" who will advocate on our behalf to restructure the mortgage with Chase Bank. Debtors will file a Motion for Moratorium to move the CH 13 Plan payment amounts to a latter date in the case. Debtors want to have all necessary funds available when a mortgage repayment plan is reached with Chase Bank. Debtor(s) don't want to lose their home and/or equity due to a dismissal of our core Chapter 13 action.

Edward J Maney
Bankruptcy Trustee3200
P.O. Box 10434-Phoenix, Arizona 85064
Tel: (602) 277-3776
Fax: (602) 277-4103
Email: ejm@maney13trustee.com

Date: 10-1-09    Signature: _[signature]_